# EXHIBIT "A"



2601 SOUTH BAYSHORE DRIVE, 5TH FLOOR, COCONUT GROVE, FL 33133
TEL: (888) 570-5677 | FAX: (888)745-5677

Writer's Direct Email: jca@yourinsuranceattorney.com
Direct Phone Number: (786) 453-6768

January 28, 2023

**VIA EMAIL AND U.S. PRIORITY MAIL**

Professional Parking Management
1314 East Las Olas Blvd
Ft. Lauderdale, FL 33301
info@professionalparkingmgt.com

Oxygen XL
1 Hillcrest Center Drive, Suite 314
Spring Valley, NY 10977
collections@oxygenxl.com

**RE:  Maria T. Santi**
**Pearl Dadeland**
**Multiple Illegal Citations**
**Parking Charge Nos. 52707419; 30351622; 40506685; 45820538**

Dear Sir/Madam:

I represent Ms. Maria Santi in this matter. I write in response to your multiple Notifications of Delinquent Payment for Parking Charge Notice and Notices from your agent Oxygen XL wherein multiple balances are shown as due. *See* Exh. A.

Your citations are in violation of Florida law for multiple reasons:

1. These "citations" were not issued by an officer of Miami Dade County or any government agent with authority to issue parking citations;

2. No notification was provided to the vehicle owner by way of citation that a citation existed;

3. The vehicles listed (Grey Jeep LHDS60) and (Black Jeep IEEK24) are and were registered vehicles in Pearl Dadeland at all times as Ms. Santi has been living there since March 2020.

Thus, any attempt to collect any debts or charges are wholly illegal because the citations were issued inappropriately by your company and in violation of Florida Consumer laws, specifically, §559.72(9) and §559.72(10).

The undersigned firm has been retained by Mr. Santi in an effort to defend herself against collection efforts made on the above referenced account. Pursuant to the Fair Debt Collection Practices Act (FDCPA), **we also request that ALL communication efforts, written or oral, in**

**regard to the collection of this account be referred to this office.** You are advised that this is a notice pursuant to the Fair Debt Collection Practices Act (FDCPA) that your claim is disputed and validation is requested. You are also advised that this letter is NOT a request for verification or proof of address, but a request to validate the debt pursuant to the FDCPA.

Please provide the following information to validate your claim:

1.  The agreement which authorizes You to collect debt on the alleged debt;

2.  The signed agreement from the debtor conforming to pay the creditor; and

3.  The documents regarding the amount deemed owed on this account validating the amount, including your basis and determination that the citation is legally enforceable;

4.  Any and all documents that authorize Professional Marking Management legal authority to issue citations at Pearl Dadeland.

You are hereby advised to cease and desist all communications with Ms. Santi and cease and desist any collection activity on this account. You are advised that if any invalidated information has been reported to any of the three major credit bureaus your actions may constitute fraud under various federal and state consumer protection laws. It is for this reason that legal action may be brought against your agency if any negative marks are found on Ms. Santi's credit reports by your company or the company you are representing.

We require 30 days from the day that our firm receives all of the requested documentation and validation listed above to investigate the information. During this time you must cease and desist ALL collection efforts.

Any and all legal action will be initiated against you if you continue to attempt to collect on these illegitimate debts. We will also seek attorneys fees and costs against you pursuant to §559.77, Fla. Stat.

BE GOVERNED ACCORDINGLY.

Respectfully,

*Juan Carlos Andaluz, Esq.*

Juan Carlos Andaluz, Esq.

On Behalf of Maria Santi