# EXHIBIT "B"

February 20, 2023

Oxygen XL
1 Hillcrest Center Drive, Suite 314
Spring Valley, NY 10977
(845) 407-0507 from Monday - Friday, 9am - 6pm Eastern Time

oxygenpcn.com

**To:**  Maria Teresa Santi
7440 N KENDALL DR APT 1106
MIAMI, FL  33156-8040

**Reference:** 110910056



**Oxygen XL is a debt collector.** We are trying to collect a debt that you owe to Professional Parking Management Corp. We will use any information you give us to help collect the debt.

## Our information shows:

You had a Parking Charge with Professional Parking Management Corp with Parking Charge number 52707419.

| | | |
|---|---|---|
| As of 2022-11-25, you owed: | $ | 90.00 |
| Between 2022-11-25 and today: | | |
| You were charged this amount in interest: + | $ | 0.00 |
| You were charged this amount in fees: + | $ | 0.00 |
| You paid or were credited this amount toward the debt: - | $ | 0.00 |
| **Total amount of the debt now:** | **$** | **90.00** |

## How can you dispute the debt?

- **Call or write to us by 2023-04-11, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by 2023-04-11**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at oxygenpcn.com.

## What else can you do

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 2023-04-11, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at oxygenpcn.com.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

PPM2L1

---

✂

## How do you want to respond?

*Check all that apply:*

**Mail this form to:**
Professional Parking Management Corp
1314 E Las Olas Blvd STE 405
FORT LAUDERDALE, FL  33301

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ I enclosed this amount:  [ $ ]

Make your check payable to ***Professional Parking Management Corp***. Include the Parking Charge #: **52707419**

- ☐ **Quiero este formulario en español.**

Maria Teresa Santi
7440 N KENDALL DR APT 1106
MIAMI, FL 33156-8040

11

VDSTP WFD - 438419 - 00003353 - VDSBPDN10 - 1 of 2