UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-21212-KMM

**MARIA SANTI,**

    Plaintiff,

v.

**PROFESSIONAL PARKING
MANAGEMENT CORPORATION**
and **YSA ARM LLC D/B/A OXYGEN XL,**

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT WITH
DEFENDANT YSA ARM LLC D/B/A OXYGEN XL**

Plaintiff Maria Santi ("Plaintiff") and Defendant YSA Arm, LLC d/b/a Oxygen XL ("Oxygen") submit this Joint Notice of Settlement and state that Plaintiff and Oxygen have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Plaintiff and Oxygen will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: May 2, 2023

  /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

  /s/ Chelsey R. Pankratz
**CHELSEY R. PANKRATZ, ESQ.**
Florida Bar No. 120912
E-mail: chelsey.pankratz@frostechols.com
FROST ECHOLS, LLC
PO Box 12645
Rock Hill, SC 29731-2645
Phone: 904-467-5665

COUNSEL FOR DEFENDANT